# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 5:18 CR 94** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: GAUGHAN** |
| | ) | |
| -vs- | ) | |
| | ) | **NOTICE OF INTENT TO** |
| **DONTE GIBSON** | ) | **CHANGE PLEA** |
| | ) | |
| **Defendant.** | | |

Now comes the Defendant, DONTE GIBSON, by and through counsel, and respectfully provides this Honorable Court with his intent to enter a plea of guilty.

Respectfully submitted,

*/S/ RHONDA L. KOTNIK*
RHONDA L. KOTNIK 0077345
333 S. Main St. 401
Akron, Ohio 44308
330-253-5533
rlkotnik@aol.com

## PROOF OF SERVICE

I hereby certify that on September 20, 2018, a copy of the foregoing Defendant's Intent to enter plea was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                         */S/ RHONDA L. KOTNIK*\
                                                                         RHONDA L. KOTNIK