

# MIKE DeWINE
### ★ OHIO ATTORNEY GENERAL ★

**Bureau of Criminal Investigation**          **Laboratory Report**

To: FBI Akron
S/A Timothy Edquist
222 S. Main Street
Suite 210
Akron, OH 44308

BCI Laboratory Number: 18-31606

Date: March 12, 2018

Agency Case Number: 245F-CV-2214431-A

Offense: Drug Trafficking
Subject(s): Donte L Gibson, Audrey J Gibson
Victim(s): State of Ohio

## Submitted on February 26, 2018 by S/A Timothy Edquist:

1. Clear bag containing unknown substance (1B-100).
2. Clear bag containing unknown substance (1B-109).
3. Clear bag containing unknown substance (1B-47).

## Findings

1. White powder - 27.50 g +/- 0.04 g - found to contain Carfentanil. Determined using instrumental analysis.

2.1. White powder - 5.99 g +/- 0.04 g - found to contain Carfentanil. Determined using instrumental analysis.

2.2. White powder - 97.42 g +/- 0.04 g - found to contain Carfentanil. Determined using instrumental analysis.

2.3. White powder - 65.16 g +/- 0.04 g - found to contain Carfentanil. Determined using instrumental analysis.

3. White substance - 110.62 g +/- 0.04 g - No controlled substance found. Determined using instrumental analysis.

Please address inquiries to the office indicated, using the BCI case number.

[ ] BCI -Bowling Green Office
750 North College Drive
Bowling Green, OH 43402
Phone:(419)353-5603

[ ] BCI -London Office
1560 St Rt 56 SW P.O. Box 365
London, OH 43140
Phone:(740)845-2000

[X] BCI -Richfield Office
4055 Highlander Pkwy. Suite A
Richfield, OH 44286
Phone:(330)659-4600

[ ] BCI -Springfield Office
130 N. Fountain Ave
Springfield, OH 45502
Phone:(937)688-2585

**GOVERNMENT EXHIBIT 3**   5:18CR94

Page 1 of 2

Ohio Bureau of Criminal Investigation
BCI&I Richfield
Date: March 12, 2018

Lab Case: 18-31606
Agency Case: 245F-CV-2214431-A

## Remarks

All items will be returned to your department.



Keith Taggart
Forensic Scientist
(234) 400-3659
keith.taggart@ohioattorneygeneral.gov

Analytical findings offered above were determined using macroscopic examination and other accepted forensic drug chemistry methods. Where applicable, an estimate to the measurement uncertainty associated with the weight of an item has been provided. The coverage probability in such instances is 95.45% (k=2). Hypergeometric sampling may be specified in the findings above. The application of hypergeometric sampling establishes a ninety-five percent (95) confidence level that at least ninety percent (90) of the units in the sample are as reported.

Based on scientific analyses performed, this report contains opinions and interpretations by the analyst whose signature appears above. Examination documentation and any demonstrative data supporting laboratory conclusions are maintained by BCI and will be made available for review upon request.

Your feedback is important to us! Please complete our Laboratory Satisfaction Survey at: https://www.surveymonkey.com/r/FYNWHXL