# INCIDENT REPORT

| **Facility:** | Northeast Ohio | **Incident Number:** | 2019-1901-736-III |
|---|---|---|---|

| **Incident Date/Time (HRS):** | 10/03/2019 08:15 hours |
|---|---|

| **Facility Damage:** | None |
|---|---|

| **Incident Location:** | Facility Property \ Section: A \ A5 - A8 \ Block: 07 |
|---|---|

## INCIDENT PRIORITY LIST:

| Priority | Priority Description |
|---|---|
| III | Discovery of Illegal Drugs |
| III | Attempted introduction of illegal drugs, alcohol (homemade or manufactured), or controlled substances (i.e. Prescription drugs) |

| **Other Priority Description:** | |
|---|---|

## DESCRIPTION OF INCIDENT:

On October 3rd, 2019, at approximately 8:00 a.m., SIS staff was assisting with reviewing the incoming facility mail. While reviewing the incoming United States Marshal Services (USMS) Detainee incoming mail, Detainee Daniel Tally #16901-027 received personal mail from an unknown individual with a return address of 931 Morningstar Drive Akron, Ohio 44307. Tally received three (3) pictures on off colored pieces of thick cotton paper that appeared to be suspicious in nature. The mail was secured and taken to the SIS office where it was tested with NARK Test II (Narcotics Analysis Reagent KIT) yielding a positive result for heroin at approximately 8:15 am.

Subsequently, a targeted cell was initiated of Talley's cell (ALPHA 7 CELL 132). During the search, two (2) additional envelopes with four (4) sheets of the same type of paper were discovered in Detainee Donte Gibson's #65410-060 personal property at approximately 8:30 a.m. The envelopes were secured and taken to the SIS office where it was tested with NARK Test II (Narcotics Analysis Reagent KIT) yielding a positive result for heroin.

Upon further investigation of the address 931 Morningstar Drive Akron, Ohio 44307, it was found to be connected to USMS Detainee Gibson. Previously, detainee Gibson was incarcerated as a state of Ohio inmate (A443052). Upon review of detainee Gibson approved visitor list while incarcerated as a state of Ohio inmate, is a female Tammy Gibson (Sister). The address associated with Tammy Gibson is 931 Morningstar Drive Akron, Ohio 44307. Currently on USMS detainee Gibson approved visitor list at Northeast Ohio Correctional Center is Tammy Gibson.

| **Inmates/Residents Involved?** | Yes |
|---|---|

## INVOLVED PEOPLE:

| Inmate/Resident Name(s) & Number | Jurisdiction | Witness or Participant | 5-1C Attached or Refused? | Injuries |
|---|---|---|---|---|
| DONTE GIBSON (65410060) | USMS - Northern District of Ohio | Participant | Attached | No |

| Employee Name(s) & Number | Employee Title | Witness or Participant | 5-1C Attached? | Injuries |
|---|---|---|---|---|

Proprietary Information - Not For Distribution - Copyrighted - Property of C[...] 10/03/13

GOVERNMENT EXHIBIT

9

5:18CR94

# INCIDENT REPORT

| Thomas Robinson (39539071) | Correctional Officer | Participant | Yes | No |
|---|---|---|---|---|

| Medical Evaluation Completed? | Yes |
|---|---|

## HEALTH SERVICES PERSONNEL CONDUCTING EXAMINATIONS:

| Name | Title |
|---|---|
| Senich, Steven | RN |

| Weapons Discovered? | N/A | How Many? | |
|---|---|---|---|

| Weapon Description | | Weapon Location | |
|---|---|---|---|

| Cell Phones Discovered? | N/A | How Many? | |
|---|---|---|---|

| Inmate/Resident Disciplinary Charges Filed? | Yes |
|---|---|

| Inmate/Resident Name(s) & Number | Segregation and/or PHD | Property Inventory Completed |
|---|---|---|
| DONTE GIBSON (65410060) | Yes | Yes |

| Incident Videotaped? | N/A | | |
|---|---|---|---|
| Name/Title of Camera Operator: | N/A | | |
| If Not Recorded, Explain: | N/A | | |
| Photos of injuries, contraband, or property? | Yes | How Many? | 5 |
| If No Photos, Explain: | N/A | | |
| Name/Title of Photo Taker: | Thomas Robinson / Phone Monitor | | |

## EVIDENCE INFORMATION:

| Evidence recovered during incident? | Yes |
|---|---|
| Chain of Custody Maintained: | Yes |
| Evidence Description: | 4 papers containing heroin |
| Evidence Current Location: | SIS Office |

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic

# INCIDENT REPORT

| **Name/Title of Person Discovering Evidence:** | Thomas Robinson / Phone Monitor |
|---|---|
| **Criminal Charges:** | No |

## Notifications:

### Facility Notifications:

| Person Notified | Date/Time Notified | Notified By | ADO? |
|---|---|---|---|
| James Codner | 10/3/19 | email | Yes |

### FSC Notifications:

| Person Notified | Date/Time Notified | Notified By |
|---|---|---|
| David Berkibile | 10/3/19 | email |

### Contracting Agency Notifications:

| Person Notified | Date/Time Notified | Notified By |
|---|---|---|
| Laura Gardner | 10/3/19 | email |

### Outside Agency Notifications:

| Person Notified | Date/Time Notified | Notified By |
|---|---|---|
| Ann Murphy | 10/3/19 | email |

| **Referred for Investigation by Warden/Administrator or ADO?** | Yes |
|---|---|

| **Prepared By:** | Brian Moore | **Title:** | Unit Manager |
|---|---|---|---|

| **Completed Date/Time:** | 10/03/2019 12:50hours |
|---|---|

| Name | Job Title | Date and Time Signed |
|---|---|---|
| Brian P Moore | UNIT MANAGER | 10/03/2019 11:44 hrs. |

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic

CASE #: 274 - 19

## CHAIN OF CUSTODY FORM

DATE RECOVERED: _____10-3-2019_____ TIME RECOVERED: 0815AM_____

RECOVERED BY (NAME & TITLE): Phone Monitor Robinson_____

SUSPECT NAME AND ID#:____Talley, Daniel #16901-027_____

VICTIM NAME & ID# (if applicable):____NA_____

LOCATION OF DISCOVERY: _____Mailroom_____

DESCRIPTION OF CONTRABAND: _____3 pages positive for Heroin_____

_____

_____

I, being the staff member who recovered the contraband, do hereby certify that the above information is correct to the best of my knowledge.

STAFF SIGNATURE:_____ ɲ(l._____ DATE: 10-3-2019 _____

When contraband is subsequently moved from the location of discovery, the following chain of possession is to be documented by each staff member handling the contraband. Location where custody changed hands is to be noted, as well as date and time of transfer, and the staff member's names that were and are now in possession must be completed. Each staff member who is in possession of the item will sign on the corresponding line.

## CHAIN OF POSSESSION

| Location | Date | Time | From | To | Staff Signature |
|---|---|---|---|---|---|
| 1. Mailroom | 10-3-2019 | 0815AM | Mailroom | Robinson | ɲ(l. |
| 2. Robinson | 10-3-2019 | 0817AM | Robinson | SIS Office | ɲ(l. |
| 3. SIS Office | 10-3-2019 | 1000AM | SIS Office | SIS Safe | ɲ(l. |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

*Complete another form if additional space is needed*

5/7/12

Proprietary Information – Not For Distribution – Copyrighted – Property of CCA

CASE #: 275-19                    EVIDENCE CONTROL # NOEDCC 275-19

## CHAIN OF CUSTODY FORM

DATE RECOVERED:_____10-3-2019_____ TIME RECOVERED: 0830AM_____

RECOVERED BY (NAME & TITLE): Phone Monitor Robinson_____

SUSPECT NAME AND ID#:____Gibson, Donte #65410-060_____

VICTIM NAME & ID# (if applicable):____NA_____

LOCATION OF DISCOVERY: _____Mailroom_____

DESCRIPTION OF CONTRABAND: _____4 pages positive for Heroin_____

_____

_____

I, being the staff member who recovered the contraband, do hereby certify that the above information is correct to the best of my knowledge.

STAFF SIGNATURE:_____πℓ⁓_____         DATE: 10-3-2019 _____

When contraband is subsequently moved from the location of discovery, the following chain of possession is to be documented by each staff member handling the contraband. Location where custody changed hands is to be noted, as well as date and time of transfer, and the staff member's names that were and are now in possession must be completed. Each staff member who is in possession of the item will sign on the corresponding line.

| CHAIN OF POSSESSION | | | | | |
|---|---|---|---|---|---|
| Location | Date | Time | From | To | Staff Signature |
| 1. Mailroom | 10-3-2019 | 0830AM | Mailroom | Robinson | πℓ⁓ |
| 2. Robinson | 10-3-2019 | 0900AM | Robinson | SIS Office | πℓ⁓ |
| 3. SIS Office | 10-3-2019 | 1005AM | SIS Office | SIS Safe | πℓ⁓ |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

*Complete another form if additional space is needed*

Page __1__ of __1__                                         5/7/12

Proprietary Information -- Not For Distribution -- Copyrighted -- Property of CCA

# CONFINEMENT RECORD (CR)

| Facility Name | NEOCC | | | | |
|---|---|---|---|---|---|
| Detainee Name | Gibson, Eric | | Detainee Number | 65987060 | |
| Date of Placement | 10-7-18 | Time | 0100 | Original Housing | B1 |
| Placement Ordered By | S/S LATTNER | | | Tentative Release Date | PENDING DHO |

## I. RESTRICTIVE HOUSING STATUS - INITIAL (Check One):

☐ Disciplinary Segregation   ☐ Administrative Segregation – Protective Custody   ☒ Administrative Segregation-Preventive

☐ Administrative Segregation- Investigation   ☐ Administrative Segregation – Involuntary PREA Placement

**\*ANY TIME A DETAINEE'S STATUS CHANGES, ANOTHER 10-100A MUST BE COMPLETED\***

## II. REASON FOR PLACEMENT (Check One):

☐ Disciplinary Infraction of offenses for which disciplinary segregation is an approved sanction

☐ Separation from general population for the purpose of protection from other detainees for reason of personal safety

☒ Poses a serious threat to life, property, self, staff, or other detainees

☐ Poses a threat to the security of the orderly operation of the facility

☐ Administrative order from the Chief of Security or higher authority or contracting agency

☐ Preventive Measures to ensure detainee and staff safety

☐ Investigation only after officials conclude "poses a threat to life, property, self, staff, other detainees and public.

☐ Involuntary PREA Placement – No alternative means of separation can be arranged (note reason why below)

Reason why no alternative means of separation or other housing option could not be arranged:_____

## III. SPECIAL CONDITIONS/PRECAUTIONS: (\*\*If "YES", you must explain. Attach additional sheets, if necessary.)

Recreation/Exercise Requirements: ☒ NO ☐ YES:_____

Restrictions on Personal Property (imposed by the placing authority for cause): ☒ NO ☐ YES:_____

Known Assault Risk: ☒ NO ☐ YES:_____

Modified Restraint Procedures: ☒ NO ☐ YES:_____

Medical/Mental Health Care Personnel Conduct Risk Assessment Prior to Placement in Restrictive Housing: ☒ NO ☐ YES:_____

Disability: ☒ NO ☐ YES:_____

Special Diet (medical or religious): ☒ NO ☐ YES:_____

Medication Requirements (current prescriptions): ☒ NO ☐ YES:_____

Additional Search Requirements: ☒ NO ☐ YES:_____

Other: ☒ NO ☐ YES:_____

## IV. Is the detainee's behavior abnormal, aggressive, violent, or unusual? ☐ NO ☒ YES \*If "YES", Explain:

Detainee placed in Restrictive Housing for a C-9 Failure to Follow

## V. ADMINISTRATIVE REVIEW: This section must be completed for initial placement, not required for a change in status.

The review must be conducted within 24 hours of placement by the Chief of Security/Unit Management or higher authority.

| Printed Name | | Title | |
|---|---|---|---|
| Signature | | Date | Time |

## VI. RELEASE:

A. Plan for return to less Restrictive Housing: ☐ Conclusion of disciplinary time   ☐ Assignment to a less restrictive program by Multi-Disciplinary Committee   ☐ Demonstrated good behavior   ☐ Other

B. Special Release Orders:_____

C. Ordered By:

| Printed Name | | Title | |
|---|---|---|---|
| Signature | | Date | Time |

D. Release Date: _____

Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

7/14/16

# CORECIVIC INMATE/RESIDENT DISCIPLINARY REPORT 15-2A-USMS

Inmate/Resident's Name Gibson, Donte _____

CoreCivic#__65410-060_____ Other 5413041 _____

Offense Title C-3: Attempt/ Conspiracy, C-14: Possesion of Contraband, C-26: Unauthorized Use of Mail. _____

Date of Offense 10/3/2019 _____Time of Offense 8:15 a.m. _____

Location of Offense: Mailroom and A7_____ # 132 _____

Inmate/Resident Detained For: N/A_____

Description of Offense:
        On October 3rd, 2019, at approximately 8:00 a.m., SIS staff was assisting with reviewing the incoming facility mail. While reviewing the incoming United States Marshal Services (USMS) Detainee incoming mail, Detainee Daniel Tally #16901-027 received personal mail from an unknown individual with a return address of 931 Morningstar Drive Akron, Ohio 44307. Tally received three (3) pictures on off colored pieces of thick cotton paper that appeared to be suspicious in nature. The mail was secured and taken to the SIS office where it was tested with NARK Test II (Narcotics Analysis Reagent KIT) yielding a positive result for heroin at approximately 8:15 am.
        Subsequently, a targeted cell was initiated of Talley's cell (A07-132). During the search, two (2) additional envelopes with four (4) sheets of the same type of paper were discovered in Detainee Donte Gibson's #65410-060 personal property at approximately 8:30 a.m. The envelopes were secured and taken to the SIS office where it was tested with NARK Test II (Narcotics Analysis Reagent KIT) yielding a positive result for heroin.
        Upon further investigation of the address 931 Morningstar Drive Akron, Ohio 44307, it was found to be connected to USMS Detainee Gibson. Previously, detainee Gibson was incarcerated as a state of Ohio inmate (A443052). Upon review of detainee Gibson approved visitor list while incarcerated as a state of Ohio inmate, is a female Tammy Gibson (Sister). The address associated with Tammy Gibson is 931 Morningstar Drive Akron, Ohio 44307. Currently on USMS detainee Gibson approved visitor list at Northeast Ohio Correctional Center is Tammy Gibson. End of statement.
(Use Continuation Sheet if Necessary)

Staff Involved: Phone Monitor Robinson _____

Inmate/Residents Involved: Gibson, Donte #65410-060_____

Reporting Employee's Name and Title: Phone Monitor Robinson _____

Date & Time Prepared: 10/3/2019 @ 1130 _____

Employee's Signature: _____ тイノ; _____ Supervisor's Signature:_____

# ADVISEMENT OF RIGHTS:

By signing below, the accused indicates the rights they desire and is not an admission of guilt.

1. Does the accused wish to have a Staff Advisor? Yes_____ No_____. If yes, Staff Advisor's name and title:

   _____

2. Does the accused wish to call voluntary witnesses to testify on their behalf? Yes_____ No_____ If yes, name and case or arrest # of witnesses _____

   _____

3. Does the accused waive the right to a hearing? Yes_____ No_____ If so, does the accused plead guilty to the charge? Yes_____No_____

4. Date set for hearing _____

5. Does the accused wish to waive the right to 24 hours notice of charges? Yes_____ No_____

   Inmate/Resident's signature _____

Accused Inmate/Resident received a copy of report:

_____    _____
Inmate/Resident Signature          Date & Time

_____    _____
Staff Serving Notice of Charges     Date & Time

*Rev. 07/28/17*

# Discovery of Illegal Drugs
## Attempted introduction of illegal drugs, alcohol (homemade or manufactured), or controlled substances (i.e. Prescription drugs)
### Date/Time: 10/3/2019 0800 Location: A \ A5 - A8 \ Block: 07
### USM Detainee DONTE GIBSON (65410060)



USMS Detainee Gibson, Donte #65410-060
10/3/2019 @ 8:15 a m
Location of Discovery  Mailroom and A7, cell 132
Test Used  NIK II Test (Fentanyl and Heroin)
Photo by  Phone Monitor Robinson
USMS Detainee Gibson was charged after mail from an address
associated with a family member of his (Tammy Gibson) tested
positive for Heroin  In addition, four sheets of heroin were located
in his property in A7, cell 132

USM DONTE GIBSON (65410060)
P1-P2

**2019-1901-736-III**
**Discovery of Illegal Drugs**
**Attempted introduction of illegal drugs, alcohol (homemade or manufactured),**
**or controlled substances (i.e. Prescription drugs)**
**Date/Time: 10/3/2019 0800 Location: A \ A5 - A8 \ Block: 07**
**USM Detainee DONTE GIBSON (65410060)**



USMS Detainee Gibson, Donte #65410-060
10/3/2019 @ 8:15 a.m
Location of Discovery: Mailroom and A7, cell 132
Test Used: NIK II Test (Fentanyl and Heroin)
Photo by: Phone Monitor Robinson
USMS Detainee Gibson was charged after mail from an address
associated with a family member of his (Tammy Gibson) tested
positive for Heroin. In addition, four sheets of heroin were located
in his property in A7, cell 132



USM DONTE GIBSON (65410060)
P3-P4

## 2019-1901-736-III
## Discovery of Illegal Drugs
## Attempted introduction of illegal drugs, alcohol (homemade or manufactured), or controlled substances (i.e. Prescription drugs)
## Date/Time: 10/3/2019 0800 Location: A \ A5 - A8 \ Block: 07
## USM Detainee DONTE GIBSON (65410060)



USM DONTE GIBSON (65410060)
P5

# INCIDENT STATEMENT

| Facility | Northeast Ohio Correctional Center | Incident Number | 2019-1901-120711 |
|---|---|---|---|

| Incident Date | 10/3/2019 | Incident Time (HRS) | 8:15 a.m. |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Thomas C. Robinson | 39539071 | Employee | Participant |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

On October 3rd, 2019, at approximately 8:00 a.m., SIS staff was assisting with reviewing the incoming facility mail. While reviewing the incoming United States Marshal Services (USMS) Detainee incoming mail, Detainee Daniel Tally #16901-027 received personal mail from an unknown individual with a return address of 931 Morningstar Drive Akron, Ohio 44307. Tally received three (3) pictures on off colored pieces of thick cotton paper that appeared to be suspicious in nature. The mail was secured and taken to the SIS office where it was tested with NARK Test II (Narcotics Analysis Reagent KIT) yielding a positive result for heroin at approximately 8:15 am.

Subsequently, a targeted cell was initiated of Talley's cell (A07-132). During the search, two (2) additional envelopes with four (4) sheets of the same type of paper were discovered in Detainee Donte Gibson's #65410-060 personal property at approximately 8:30 a.m. The envelopes were secured and taken to the SIS office where it was tested with NARK Test II (Narcotics Analysis Reagent KIT) yielding a positive result for heroin.

Upon further investigation of the address 931 Morningstar Drive Akron, Ohio 44307, it was found to be connected to USMS Detainee Gibson. Previously, detainee Gibson was incarcerated as a state of Ohio inmate (A443052). Upon review of detainee Gibson approved visitor list while incarcerated as a state of Ohio inmate, is a female Tammy Gibson (Sister). The address associated with Tammy Gibson is 931 Morningstar Drive Akron, Ohio 44307. Currently on USMS detainee Gibson approved visitor list at Northeast Ohio Correctional Center is Tammy Gibson.

End of statement.

| Did you receive any injuries? YES or NO (if YES, Explain Below) | No. |
|---|---|
| | |
| | |

| Were you evaluated by medical? YES or NO | No. |
|---|---|

| Printed Name: | | | |
|---|---|---|---|
| Signature: | ٮ0- | Date: | 10/3/2019 |
| Typed By: | Thomas C. Robinson | Date: | 10/3/2019 |

**This section to be completed by CoreCivic staff if the civilian/other or inmate/resident refused to complete the 5-1C.**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic



# EVIDENCE

Case Number ___275-19___
Pouch Number ___NEOCC 275-19___
Type of Offense _____
Description of Evidence ___4 bags positive___
___for heroin___

Suspect ___Gibson, Donte # 65410-060___
Victim ___N/A___
Date and Time of Recovery ___10.3.19    0830 AM___
Location of Recovery ___A7-137___
Recovered By ___Robinson___
Reason Seized _____

☐ Analysis    ☐ Trial    ☐ Safekeeping

## CHAIN OF CUSTODY

Received From ___A7-132_____ By ___Robinson___
Date ___10.3.19___ Time ___0830___ **AM** PM
Received From ___Robinson_____ By ___SIS office___
Date ___10.3.19___ Time ___0900___ **AM** PM
Received From ___SIS office___ By ___SIS safe___
Date ___10.3.19___ Time ___1005___ (**AM** PM)
Received From _____ By _____
Date _____ Time _____ AM PM
Received From _____ By _____
Date _____ Time _____ AM PM

ITEM NUMBER 11-21







# EVIDENCE

Case Number: 274-19
Pouch Number: NEOCC 274-19
Type of Offense: _____
Description of Evidence: 3 pages
_____ positive for heroin

Suspect: Talley, Daniel #09901-027
Victim: N/A
Date and Time of Recovery: 10-3-19 0815AM
Location of Recovery: mail room
Recovered By: Robinson
Reason Seized: _____

☐ Analysis    ☐ Trial    ☐ Safekeeping

## CHAIN OF CUSTODY

Received From: Mailman    By: Robinson
Date: 10.3.19    Time: 0815    **AM** PM
Received From: Robinson    By: SIS office
Date: 10.3.19    Time: 0817    **AM** PM
Received From: SIS office    By: SIS safe
Date: 10.3.19    Time: 1000    **AM** PM
Received From: _____ By: _____
Date: _____ Time: _____ AM PM
Received From: _____ By: _____
Date: _____ Time: _____ AM PM

ITEM NUMBER 11-21















EVIDENCE

CHAIN OF CUSTODY

Case Number
Item Number
Type of Offense
Description of Evidence

Suspect
Victim
Date and Time of Recovery
Location of Recovery
Recovered by
Reason Sealed ☐ Analysis ☐ Other ☐ Safekeeping

Received From ____ By ____ Time ____ ☐ AM ☐ PM
Date ____
Received From ____ By ____ Time ____ ☐ AM ☐ PM
Date ____
Received From ____ By ____ Time ____ ☐ AM ☐ PM
Date ____
Received From ____ By ____ Time ____ ☐ AM ☐ PM
Date ____

CHAIN OF CUSTODY FORM

| Location | Date | Time | From | To | Seal/Signature |
|---|---|---|---|---|---|