IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | | CASE NO. . 5:18-CR 94 |
| **Plaintiff,** : | | JUDGE: GAUGHAN |
| vs. : | | |
| : | | |
| **DONTE GIBSON** : | | MOTION TO WITHDRAW |
| **Defendant.** | | AS COUNSEL (NOTICE OF TERMINATION OF REPRESENTATON BY DEFENDANT) |

Now comes Rhonda Kotnik , attorney for Defendant, who moves this Court to permit her to withdraw as trial counsel for all for the reasons set forth below.

Respectfully submitted,

/s/ Rhonda L. Kotnik
Rhonda Kotnik (0077345)
Counsel for Defendant
333 S. Main St. Suite 401
Akron, Ohio 44308
330 253-5533
RHONDALKOTNIK@GMAIL.COM

1

BRIEF

In March of 2018, undersigned counsel was retained by this Defendant. On September 24, 2018, defendant entered a guilty plea. In January 2019, the First Step Act passed and as a result of the statutory changes, defendant was permitted to withdraw his guilty plea. On June 12, 2019, defendant entered a second guilty plea without a plea agreement. Sentencing is scheduled for November 26, 2019.

Counsel has appeared at all hearings, met with Defendant multiple times, reviewed discovery, communicated with counsel for the government and researched all issues.

Counsel again met with defendant on November 19, 2019. Defendant terminated her representation and left the room, refusing to communicate further.

The relationship between the undersigned counsel and this Defendant has deteriorated substantially in the last couple of weeks. Communication has ceased and cannot be restored at this point. It is at the point now that counsel does not feel she can continue as counsel of record in this case. The Defendant terminated her representation and also hired National Legal Professional Associates to assist with his case. It is unclear what their role is in the case.

Therefore, counsel asks that this Court permit her to withdraw from this case.

Respectfully submitted,

Rhonda L. Kotnik
/s/ Rhonda L. Kotnik
Rhonda Kotnik (0077345)
333 s. Main St. 401
Akron, Ohio 44308
330 253-5533

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.