IN THE UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.  1:18CR94 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA GAUGHAN |
| | ) | |
| vs. | ) | **MOTION FOR CONTINUANCE** |
| | ) | |
| DONTE GIBSON | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes the Defendant, Donte Gibson, by and through his Attorney Donald Butler, and respectfully moves this Honorable Court for a continuance of the sentencing set for Friday, January 24, 2020, at 9:30 a.m., due to the fact that counsel is still out ill and his unable to go forward the schedule sentencing in the above-captioned matter. Counsel anticipate to be available after the February 14, 2020.

**WHEREFORE**, defendant moves this court for a continuance of said sentencing. Finally, counsels for defendant moves this court to grant his request for a continuance due to the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Defendant through his counsel states that the government does not object to a continuance of the sentencing originally set in this matter.

Respectfully Submitted,


/s/Donald Butler
_____
Donald Butler, 0005968
Attorney for Defendant
1220 W. Sixth Street, Suite 203
Cleveland, Ohio 44113
(216) 621-7260

## **CERTIFICATE OF SERVICE**

I hereby certify that on 14th day of January, 2020, a copy of the Motion for Continuance filed electronically, Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.


/s/Donald Butler

_____
Donald Butler, 0005968
Attorney for Defendant
1220 W. Sixth Street, Suite 203
Cleveland, OH 44113
(216) 621-7260