IN THE UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.  1:18CR94 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA GAUGHAN |
| | ) | |
| vs. | ) | **MOTION FOR CONTINUANCE** |
| | ) | |
| DONTE GIBSON | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes the Defendant, Donte Gibson, by and through his Attorney Donald Butler, and respectfully moves this Honorable Court for a continuance of the sentencing set for Wednesday, February 19, 2020, at 11:00 a.m., for the below stated reason:

Counsel for the Defendant after recent discussion with defendant has learned that he has several documents and motions that counsel must review and address prior to going forward with his sentencing hearing.  Counsel states this recent development will put him at a disadvantage if the sentencing hearing went forward as scheduled.  Further, counsel with due diligence could not have learned of this information and/or motions that may impact the sentence eventually impose by the court sooner.

**WHEREFORE**, defendant moves this court for a continuance of said sentencing hearing forty-five (45) days to allow counsel to examine this recent information that defendant has obtain that may again impact any sentence given by this court.  Finally, counsel for defendant moves this court to grant his request for a continuance due to the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Defendant through his counsel states that the government does not object to a continuance of the sentencing originally set in this matter.

Respectfully Submitted,

/s/Donald Butler

_____
Donald Butler, 0005968
Attorney for Defendant
1220 W. Sixth Street, Suite 203
Cleveland, Ohio 44113
(216) 621-7260

**CERTIFICATE OF SERVICE**

      I hereby certify that on 13th day of February, 2020, a copy of the Motion for Continuance filed electronically, Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

/s/Donald Butler

---

Donald Butler, 0005968
Attorney for Defendant
1220 W. Sixth Street, Suite 203
Cleveland, OH 44113
(216) 621-7260